TO: Honorable Magistrate Nancy Joseph

FROM: Thomas C Souran, Plaintiff 10-CV-1444

Date:  November 14, 2019

RE:  Judges order requiring a response

Dear Honorable Judge Joseph,

I received your Order an I responding as you requested.  In a short analysis I may have been premature in filed the case.  The reason for this:

1.  A day after the case was filed, I was paid by Amato Ford.  I was paid in two payments approximately totaling $696.  Although this was is not what was guaranteed to me, I will just accept it and move on.

2.  At the time of the filing I in no way thought I was filing a frivolous lawsuit.  If that what it appears to the Court I apologize.  I in no way have any intention of wasting the courts time.

3.  Allow me to give a little background to the Court, in March of 2018 I was hurt while working, I broke my wrist and herniated a couple fi disc's in my back.  I had to undergo four epidural procedures.  I was bed ridden the entire year of 2018.  I tired to make a come back in 2019.  I intended to have a food both at the Delaware State fair.  The State Fair did not allow me to operate.  This cost me over $12,000 in losses which I did not have.  The Delaware State Fair did pay me $1800, the money I paid and returned my items.  I did not have the money to file the lawsuit.

4.  I was getting pressure from the vendors to pay the open invoices, and one would not work along with me and I simply did not have the money.  I then was served with a suit in small claims court from Aurora Health Care I was at the center with chest pain and problems with my Diabetes.  With the threats of lawsuits from the vendors and the current filing I was forced to file Bankruptcy.

If the law permits, I would prefer that the case be dismissed at this point with prejudice.

In closing I apologize if it looks as thought I had filed a frivolous lawsuit or waste the valuable courts time.

Respectfully,

Thomas C Souran\